UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00136 |
| | ) | JUDGE CAMPBELL |
| JAMES DARNELL BELL | ) | |

ORDER

The pretrial conference, or alternatively a change of plea hearing, scheduled for June 30, 2014, is RESCHEDULED for July 2, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE