UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00136 |
| ) | JUDGE CAMPBELL |
| JAMES DARNELL BELL ) | |

## ORDER

Pending before the Court is the Government's Motion to Continue (Docket No. 34) the pretrial conference and/or change of plea hearing. The Motion is GRANTED as follows:

The pretrial conference, or alternatively a change of plea hearing, scheduled for July 2, 2014, is RESCHEDULED for July 7, 2014, at 9:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE