UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | NO. 3:13-00136 |
| ) | JUDGE CAMPBELL |
| JAMES DARNELL BELL ) | |

## ORDER

The pretrial conference/change of plea hearing, currently set for July 7, 2014, is CONTINUED until July 8, 2014, at 8:00 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE